| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>GOLDMAN & BESLOW, LLC<br>Attorneys At Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey 07017<br>(973) 677-9000<br>Attorneys for Debtor(s), Marie E. Louis<br>David G. Beslow, Esq. #DGB-5300 | |
| In re:<br><br>**MARIE E. LOUIS,**<br><br>Debtor | Case No. 20-12399<br><br>Chapter: 13<br><br>Hearing Date: December 3, 2025<br>at 10:00 a.m.<br><br>Hon. TBA |

### DEBTOR'S CERTIFICATION IN SUPPORT OF MOTION
### TO REOPEN CASE TO FILE AMENDED SCHEDULES

**MARIE E. LOUIS** hereby certifies that:

1. I am the debtor in the above-referenced Chapter 13 case which was filed on February 13, 2020 (the "Filing Date"). I filed a Chapter 13 plan on March 9, 2020 (Doc 10) which provided for, among other things, payment of 100 percent to all creditors holding valid and timely-filed claims. An Order (Doc 27) confirming my Chapter 13 plan was entered by the Court on March 18, 2021.

2. I successfully completed all payments under my Chapter 13 case, paid off all of my creditors in full, and received a discharge order (Doc 54) on November 6, 2023. My Chapter 13 case was closed on November 6, 2023.

3. I submit this Certification in support of my motion to reopen my Chapter 13 case

pursuant to 11 U.S.C. §350(b) for the purpose of filing an amended schedule to include a certain potential litigation claim.

4. I filed my schedules and statement of financial affairs on March 9, 2020 (Doc 9). At the time of that filing, I was not involved in any litigation related activities.

5. After the Filing Date, but before I completed my bankruptcy, I was sent home from my job on leave without pay. I filed a grievance through my union, and the matter was arbitrated on March 12, 2024. By this time my case had already been paid in full. I was awarded my lost wages and benefits. A copy of the arbitration agreement can be provided *in camera* if requested by the Trustee or Court.

6. I was not aware that I had to notify my attorney or the Bankruptcy Court about the filing of that grievance. I believed it was just an administrative issue, and I was not aware that I would be receiving any money relating to the grievance.

7. I have not yet received any back pay or benefits, and in the event it is not paid to me I may decide at a future date to seek legal counsel.

8. I am seeking to reopen my Chapter 13 case for the purpose of amending my schedules to list this cause of action against my former employer. A copy of my proposed amended schedules is attached to this Motion as Exhibit A.

9. As my case has already been paid in full, I respectfully request that upon reopening my case and my filing of the amended schedules, and if there are no objections, that the Court allow my case to be immediately closed. Furthermore, because there are no creditors to pay, I respectfully request that I not be required to reopen my case again in the event that any potential cause of action is ever settled or adjudicated.

10. For these reasons, or any others that the Court deems fit to adopt, I request that this

Court enter an Order reopening my bankruptcy case for the purpose of amending schedules.

I certify that the foregoing statements made by me are true to the best of my knowledge, information, and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: September 18, 2025

/s/ Marie E Louis  .
**MARIE E LOUIS**
Debtor