| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>GOLDMAN & BESLOW, LLC<br>Attorneys at Law<br>7 Glenwood Avenue, Suite 311B<br>East Orange, NJ 07017<br>(973) 677-9000<br>Attorneys for Debtor, Marie E. Louis<br>David G. Beslow, Esq. #DGB-5300 | |
| In Re:<br><br>MARIE E. LOUIS | Case No.: __20-12399__<br><br>Hearing Date: __December 3, 2025__<br><br>Judge: __TBA__<br><br>Chapter: __13__ |

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

Upon the motion of _____the debtor, Marie E. Louis_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☒  A Trustee shall be appointed.

   ☐  A Trustee shall not be appointed.

3. ☒  An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order. If the amendment is not filed, the case shall be reclosed without further order of the court.

4. The case shall be reviewed within _____ days for closing eligibility. The case may be closed upon entry of the discharge.

5. In the event no objections to debtor's amended schedules are timely made under F.R.B.P. 4003, the Court shall close the debtor's Chapter 13 case without further notice.

6. As set forth in the Motion, in the event that debtor's cause of action is settled or otherwise adjudicated, debtor shall not be required to reopen this Chapter 13 case, to account for same.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*Rev. 5/1/2019*